UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:09-cv-02399-JDW-MAP

A. JOSEPH RAETANO,

    Plaintiff,

vs.

SUN HEE INVESTMENT CORP,

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

  The Parties, by and through the undersigned counsel, and pursuant to Rule 3.08, M.D. Fla. L.R., hereby submit this Notice of Settlement to advise the Court that a settlement has been reached by the Parties.  A Stipulation for Settlement has been drafted and finalized and is being circulated to the parties for execution.  The Parties respectfully request that the Court dismiss the case without prejudice subject to the right of either party to move within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

| | |
|---|---|
| s/Todd W. Shulby, Esq. | s/Robert G. Walker, Jr., Esq. |
| Todd W. Shulby, Esq. | Robert G. Walker, Jr., Esq. |
| Todd W. Shulby, P.A. | Law Office of Robert G. Walker, Jr. |
| 4705 S.W. 148 Avenue, Suite 102 | 1421 Court Street, Suite F |
| Davie, Florida  33330-2417 | Clearwater, Florida 33756-6147 |
| Telephone:  (954) 530-2236 | Telephone:  (727) 442-8683 |
| Facsimile:  (954) 530-6628 | Facsimile:  (727) 441-1895 |
| E-mail: tshulby@shulbylaw.com | E-mail: walkerlaws@aol.com |
| Florida Bar No.: 068365 | Florida Bar No.: 329428 |
| Counsel for Plaintiff | Counsel for Defendant |