UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

        Plaintiff,

v.                                    CASE NO: 8:09-cv-2399-JDW-MAP

SUN HEE INVESTMENT CORP.,

        Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Stipulation for Voluntary Dismissal with Prejudice (Dkt. 12). The stipulation is **APPROVED**. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this cause is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 18th day of June 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record